**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

AMERICAN MODERN HOME INSURANCE                                    PLAINTIFF
COMPANY

v.                          CASE NO. 1:13CV00054 JLH

ERIC BOWMAN                                                        DEFENDANT

## ORDER

The above referenced case was randomly assigned to the docket of the undersigned upon initiation of filing on June 4, 2013. Subsequently, the defendant filed a motion to consolidate with case number 1:12CV00036 SWW, *Susan Bowman v. Nautic Global Group, Inc., et al.*, currently pending before the Honorable Susan Webber Wright. The motion to consolidate is GRANTED. Document #6. The Clerk of Court is directed to transfer this case to the docket of Judge Wright by chip exchange.

IT IS SO ORDERED this 8th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE